No. 293. THE PEOPLE *v.* CRUZ.—Appeal from the District Court of Guayama. Decided December 23, 1910. Judgment affirmed. *Mr. C. Domínguez* for appellant. *Mr. Jesús M. Rossy, fiscal,* for respondent.

No. 294. THE PEOPLE *v.* RODRÍGUEZ.—Appeal from the District Court of Guayama. Decided December 23, 1910. Judgment affirmed. *Mr. Francisco Cervoni* for appellant. *Mr. Jesús M. Rossy, fiscal,* for respondent.

No. 297. THE PEOPLE *v.* ORTÍZ.—Appeal from the District Court of Guayama. Decided December 23, 1910. Judgment affirmed. *Mr. C. Domínguez* for appellant. *Mr. Jesús M. Rossy, fiscal,* for respondent.

No. 300. THE PEOPLE *v.* VÁZQUEZ ET AL.—Appeal from the District Court of Guayama. Decided December 23, 1910. Judgment affirmed. *Mr. L. Abella Blanco* for appellants. *Mr. Jesús M. Rossy, fiscal,* for respondent.

No. 290. THE PEOPLE *v.* ARROYO.—Appeal from the District Court of Humacao. Decided December 24, 1910. Judgment affirmed. *Mr. Ramón Nadal Santa Coloma* for appellant. *Mr. Jesús M. Rossy, fiscal,* for respondent.

No. 292. THE PEOPLE *v.* RAMOS.—Appeal from the District Court of Ponce. Decided December 24, 1910. Judgment affirmed. *Mr. Domingo Sepúlveda* for appellant. *Mr. Jesús M. Rossy, fiscal,* for respondent.